IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNSON, | : | CIVIL ACTION |
| | : | NO. 04-2835 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FOLINO, et al., | : | |
| | : | |
| Respondents. | : | |

O R D E R

**AND NOW,** this **23rd** day of **November 2009,** the Court concluding that procedural default bars review of Petitioner's Brady claim, it is hereby **ORDERED** that Petitioner's Motion to Compel Deposition of Berks County Sheriff Eric Weaknecht (doc. no. 142) is **DENIED as moot;**

**IT IS FURTHER ORDERED** Respondents' Motion for Leave to File Response to Petitioner's Supplemental Motion (doc. nos. 157, 159) is **DENIED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**