IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODERICK JOHNSON, | : | CIVIL ACTION |
| | : | NO. 04-2835 |
| Petitioner, | : | |
| v. | : | |
| LOUIS FOLINO, et al., | : | |
| Respondents. | : | |

## **O R D E R**

**AND NOW**, this **12th** day of **August 2010**, following a hearing, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, (doc. no. 1) is **DISMISSED**.

It is hereby further **ORDERED** that there is no basis in the case for the issuance of a certificate of appealability.[1]

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] A petitioner seeking a certificate of appealability must demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). No basis for a certificate of appealability exists in this case, as Petitioner is unable to meet this standard.